# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**RICKEY BARNES**                                                                                      **PLAINTIFF**

**V.**                                                                                          **CIVIL ACTION NO. 3:25-CV-271-MPM-RP**

**LEE R. TUTOR, et al.**                                                                                **DEFENDANTS**

### ORDER

This matter is before the court on a Motion to Strike Alias Summons filed by James Harrison. ECF 47. Harrison requests that the summons served via certified mail on his law firm Harrison & Gammons, P.C., purportedly as the defendant Stephens Millirons, PC's registered agent for service of process, should be stricken as insufficient to accomplish service because neither he nor his firm is that defendant's registered agent for service of process, nor are they authorized in any way to accept service of process on that defendant's behalf. In support, Harrison provides records of the Alabama Secretary of State showing that an individual other than Harrison or his firm was designated as the registered agent for Stephens Millirons, PC in 2012 and that the corporation was dissolved in 2023 by that same individual as its President. ECF 47-1. The plaintiff Rickey Barnes opposes Harrison's motion, asserting without support that Harrison & Gammons, P.C. is the registered agent for Stephens Millirons, PC. The court finds Harrison's motion is well taken and should be granted.

Harrison & Gammons, P.C. is neither a party to this action nor – the court readily finds – the registered agent for Stephens Millirons, PC. The plaintiff's service of process on Harrison & Gammons P.C. is therefore improper and the subject summons should be quashed. *See Gartin v. Par Pharm. Companies, Inc.*, 561 F. Supp. 2d 670 (E.D. Tex. 2007), *aff'd,* 289 Fed. Appx. 688 (5th Cir. 2008) (unpublished) (granting motion to quash both summons and return service for insufficient service upon determining movant was a non-party to plaintiff's complaint).

For these reasons, James Harrison's Motion to Strike Alias Summons [ECF 47] is

GRANTED, and the summons served on Harrison & Gammons, P.C. is hereby QUASHED. The Clerk is directed to mail a copy of this order to James Harrison at the address provided in his motion.

**SO ORDERED**, this the 14th day of May 2026.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE