## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**RICKEY BARNES, as Administrator**
**of the Estate of Edith J. Knowles**                                                    **PLAINTIFF**

**v.**                                                                   **NO.: 3:25-CV-00271-MPM-RP**

**UNITED STATES OF AMERICA,** *et al*                                    **DEFENDANTS**


### JUDGMENT

For the reasons given in the court's order entered this date, it is hereby ordered and

adjudged that this case is dismissed without prejudice for lack of subject matter jurisdiction.

This, the 4th day of June, 2026.


                                         /s/Michael P. Mills
                                         UNITED STATES DISTRICT JUDGE
                                         NORTHERN DISTRICT OF MISSISSIPPI

1